MICHAEL COLIHAN- ATTORNEY AT LAW

44 Court Street
Suite 906
Brooklyn, New York 11201

Phone (718) 488-7788

March 29, 2018.

RE: Pacheco v the City of New York

The Hon. Raymond Dearie       17-cv-06785 & 14-cv-07581
United States District Court for
the Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Your Honor:

    I represent the plaintiff in this action for violation of his civil rights. On March 26, 2018 I was suspended from the practice of law in the US District Court for the Southern District of New York for a period of nine months. Counsel has informed me that similar action may be taken by this Court over the next several months.

    The Court just issued several orders, the subject of which are depositions and discovery. We have a pre motion conference shortly. I am fully prepared to proceed on these matters. I have informed my clients of all the foregoing and two of the three of them wish me to proceed unless and until I am no longer able to. I await word from the third because he is incarcerated but based upon our prior relationship I am certain he will be of the same mind. We are discussing their options if I am suspended here. I have sent all a copy of this letter.

    I am unable to attach a copy of the Southern District's Order of March 26, 2018 because it has some sort of electronic security protection. I will attempt to provide same in another way .I thought it best to provide this information to all concerned for any use the Court might see fit to use it.

    I have provided a copy of this letter and attachment to the Law Department in advance of sending same to Your Honor with a request for their position. I have been informed they take none.

    Thanks for your attention and consideration.

MC/ll                                        Very Truly Yours,

                                               /s/
                                     Michael Colihan

cc: Michael Pacheco, Sr.
    Michael Pacheco, Jr.
    Steven Cummings
    ACC Elissa Jacobs